STRATEGIC LEGAL COUNSELING
Louis F. Teran (State Bar No. 249494)
lteran@strategiclegalcounseling.com
1055 East Colorado Blvd., Suite #500
Pasadena, CA 91106
Telephone: (818) 484-3217 x200
Facsimile: (866) 665-8877

Attorney for Plaintiff
INHALE, INC.

Priority _____
Send _____
Enter _____
Closed ✓
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INHALE, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRIANGLE WHOLESALE, INC., an Illinois corporation;<br><br>MANISHA SHAH, an individual residing in Illinois<br><br>Defendants | Case No.: CV10-06194-RGK-AGRx<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)<br><br>Compl. Filed: August 19, 2010<br><br>Honorable R. Gary Klausner<br><br>[Filed concurrently with Notice of Dismissal of Action With Prejudice Pursuant to FRCP 41(a)(1)] |

1  Having considered the Notice of Dismissal of Action With Prejudice Pursuant to
2  FRCP 41(a)(1) and the supporting documents, and for good cause appearing, IT IS
3  HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1), the
4  above-entitled action is dismissed with prejudice in its entirety against all defendants.

JAN 1 2 2011

DATED: November ___, 2010

_____
Honorable R. Gary Klausner
United States District Court Judge
Central District of California